1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   TAREK J. HELOU  (CABN 218225)
    Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone:  (415) 436-7200
        Fax: (415) 436-7234
7       E-Mail: Tarek.J.Helou@usdoj.gov

8   Attorneys for Plaintiff

9

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,          )      No. CR 09-102 VRW
                                        )
15          Plaintiff,                  )
                                        )
16      v.                              )      [PROPOSED] ORDER EXCLUDING
                                        )      TIME FROM MAY 6, 2010 THROUGH
17   MALU TAYLOR,                       )      JUNE 17, 2010
                                        )
18          Defendant.                  )
                                        )
19   _____)

20          The defendant, Malu Taylor, represented by Laura Robinson, and the government,

21   represented by Tarek Helou, appeared before the Court on May 6, 2010 for the parties' first

22   status conference.  The parties represented that the government had produced discovery and the

23   defendant needed to review the discovery and continue to investigate the charges.

24          The matter was continued to June 17, 2010 for a status conference or change of plea.

25   Counsel for the defendant requested that time be excluded under the Speedy Trial Act from May

26   6, 2010 through June 17, 2010 because she needed that period of time to review the discovery

27   and to conduct necessary investigation.  The government stated that it had no objection to

28   excluding time.

ORDER EXCL. TIME
Case No. CR 09-102

1    Based upon the representation of counsel and for good cause shown, the Court finds that

2 failing to exclude the time from May 6, 2010 through June 17, 2010 would unreasonably deny

3 the defendant the reasonable time necessary for effective preparation of counsel, taking into

4 account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds

5 that the ends of justice served by excluding the time from May 6, 2010 through June 17, 2010

6 from computation under the Speedy Trial Act outweigh the best interests of the public and the

7 defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time from May 6,

8 2010 through June 17, 2010 shall be excluded from computation under the Speedy Trial Act.  18

9 U.S.C. § 3161(h)(7)(A) and (B)(iv).

12 DATED: ___6/17/2010_____

13    _____
      HONORABLE VAUGHN R. WALKER
      Chief United States District Judge

ORDER EXCL. TIME
Case No. CR 09-102                    -2-