MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU  (CABN 218225)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-102 VRW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CHANGING STATUS CONFERENCE DATE AND EXCLUDING TIME FROM OCTOBER 7, 2010 THROUGH NOVEMBER 4, 2010 |
| v. | |
| MALU TAYLOR, | |
| Defendant. | Current date:   Oct. 7, 2010, 2:00 p.m.<br>Proposed date: Nov. 4, 2010, 2:00 p.m. |

     Defendant Malu Taylor, represented by Laura Robinson, and the government are currently scheduled to appear before the Court for a status conference in the above-captioned case on October 7, 2010.

     Counsel for the defendant recently underwent surgery and will not be able to appear on October 7, 2010.  Counsel for the defendant requests, based on her unavailability, that the Court change the status conference date from October 7, 2010 until November 4, 2010 and exclude time under the speedy trial act from October 7, 2010 through November 4, 2010.  The government has no objection to changing the date of the status conference or excluding time from October 7, 2010 through November 4, 2010.

STIP. & [PROP.} ORDER EXCL. TIME
Case No. CR 09-102

1  Defense counsel represents that the requested continuance is the reasonable time
2  necessary for continuity of defense counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also
3  agree that the ends of justice served by granting such a continuance outweigh the best interests of
4  the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

6  SO STIPULATED:

7  MELINDA HAAG
   United States Attorney

9  DATED: October 4, 2010              /s/
10 TAREK J. HELOU
   Assistant United States Attorney

12 DATED: October 4, 2010              /s/
13 LAURA ROBINSON
   Attorney for MALU TAYLOR

15  Based upon the representation of counsel and for good cause shown, the Court finds that
16 failing to exclude the time from October 7, 2010 through November 4, 2010 would unreasonably
17 deny the defendant continuity of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further
18 finds that the ends of justice served by excluding the time from October 7, 2010 through
19 November 4, 2010 from computation under the Speedy Trial Act outweigh the best interests of
20 the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the
21 time from October 7, 2010 through November 4, 2010 shall be excluded from computation under
22 the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  IT IS HEREBY FURTHER
23 ORDERED THAT the status conference set for October 7, 2010 at 2:00 p.m. will be held on
24 November 4, 2010 at 2:00 p.m.

27 DATED: 10/5/2010

   HONORABLE VAUGHN R WALKER
   Chief United States District Judge

STIP. & [PROP.] ORDER EXCL. TIME
Case No. CR 09-102                                -2-