**LAURA ROBINSON**
CA State Bar No. 135680
Law Office of Laura Robinson
6114 LaSalle Avenue, #216
Oakland, CA 94611
Tel (510) 384-8563
Fax (510) 439-5314
Lsrobinson@juno.com

Counsel for Defendant Taylor

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MALU TAYLOR,<br><br>Defendant. | ) | No. CR 09-102-VRW<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING STATUS CONFERENCE** |

Defendant, by and through his attorney of record, and plaintiff, by and through its attorney of record, hereby stipulate and ask the Court to find as follows:

1. A status conference in this matter is currently scheduled for 2:00 p.m. on November 4, 2010.

2. The parties request that the status conference be continued until 2:00 p.m. on December 16, 2010.

3. Counsel for the defendant underwent surgery on September 17, 2010 and was unable to go to court for over 5 weeks and effectively prepare cases. Thus, based on that recent unavailability and the continuing need for further investigation for the defense, we request that the Court change the status conference date from November 4,

2010 until December 16, 2010 and exclude time under the speedy trial act from November 4, 2010 through December 16, 2010.  The government has no objection to changing the date of the status conference or excluding time from November 4, 2010 through December 16, 2010.

The requested continuance is the reasonable time necessary for continuity of defense counsel.  18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: October 28, 2010

/S/
LAURA ROBINSON
Attorney for Defendant
Malu Taylor

United States Attorney
MELINDA HAAG
Attorney of the United States of America

Dated:  October 28, 2010

/S/
TAREK HELOU
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MALU TAYLOR,<br>Defendant. | ) | No. CR 09-102-VRW<br><br>**~~[PROPOSED]~~ ORDER CONTINUING STATUS CONFERENCE** |

**~~[PROPOSED]~~ ORDER**

FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES. THEREFORE, IT IS SO FOUND AND ORDERED THAT:

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from November 4, 2010 through December 16, 2010 would unreasonably deny the defendant continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 4, 2010 through December 16, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from November 4, 2010 through December 16, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). IT IS HEREBY FURTHER ORDERED THAT the status conference set for November 4, 2010 at 2:00 p.m. be vacated and be

held on December 16, 2010 at 2:00 p.m.

DATED: 11/3/2010

HONORABLE VAUGHN R. WALKER
CHIEF UNITED STATES DISTRICT JUDGE