MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU  (CABN 218225)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>MALU TAYLOR,<br><br>   Defendant. | No. CR 09-102 VRW<br><br>STIPULATION AND [PROPOSED] ORDER CHANGING STATUS CONFERENCE DATE AND EXCLUDING TIME FROM DECEMBER 16, 2010 THROUGH MARCH 3, 2011<br><br>Current date:   Dec. 16, 2010, 2:00 p.m.<br>Proposed date:  Mar. 3, 2011, 2:00 p.m. |

    Defendant Malu Taylor, represented by Laura Robinson, and the Government are currently scheduled to appear before the Court for a status conference in the above-captioned case on December 16, 2010.

    Counsel for the defendant requests additional time to investigate the charges against the defendant.  Counsel for the defendant requests, based on that need, that the Court change the status conference date from December 16, 2010 until March 3, 2011 and exclude time under the speedy trial act from December 16, 2010 through March 3, 2011.  The Government has no objection.  Additionally, the Court will be unavailable after December 16, 2010.

STIP. & [PROP.} ORDER EXCL. TIME
Case No. CR 09-102

The parties represent that the requested continuance is the reasonable time necessary for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

          MELINDA HAAG
          United States Attorney

DATED: December 15, 2010          /s/
          TAREK J. HELOU
          Assistant United States Attorney

DATED: December 15 2010          /s/
          LAURA ROBINSON
          Attorney for MALU TAYLOR

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from December 16, 2010 through March 3, 2011 would unreasonably deny the defendant effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from December 16, 2010 through March 3, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from December 16, 2010 through March 3, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). IT IS HEREBY FURTHER ORDERED THAT the status conference set for December 16, 2010 at 2:00 p.m. will be held on March 3, 2011 at 2:00 p.m.

DATED: December 16, 2010          _____
          HONORABLE VAUGHN R. WALKER
          Chief United States District Judge